**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN DONALD POPE,

    Plaintiff,

    v.

R. ARANAS, *et al.*

    Defendants.

Case No. 2:15-cv-02033-MMD-GWF

**ORDER**

**I.    DISCUSSION**

On April 28, 2016, the Court issued a screening order allowing certain claims to proceed and dismissing other claims without prejudice, with leave to amend. If Plaintiff chose to file an amended complaint, he was to file it within 30 days from the date of entry of the screening order. (ECF No. 6 at 16-17). On May 27, 2016, Plaintiff wrote a letter to the Court indicating that he was in the process of being transported to a new facility and currently in custody in Oklahoma. (ECF No. 7). The Court will construe this as a motion for extension of time to file an amended complaint and will grant the request. Plaintiff shall have until July 27, 2016, to file an amended complaint. If Plaintiff does not file an amended complaint by that date, this case will proceed on the claims as outlined in the screening order (ECF No. 3) and the other claims will be dismissed, without prejudice.

///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 7) is granted. Plaintiff shall file an amended complaint no later than July 27, 2016.

IT IS FURTHER ORDERED that Plaintiff is advised that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice."

DATED: This 14th day of June, 2016.

_____
United States Magistrate Judge

2